FILED
CLERK, U.S. DISTRICT COURT

JUN 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| DEWAYNE ANTHONY MAYS, ) | Case No. CV 08-2049-DSF (JWJ) |
| Petitioner, ) | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. ) | |
| KEN CLARK, Warden ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus without prejudice as successive.

///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy

2  of this Order, the Magistrate Judge's Report and Recommendation, and the

3  Judgment herein on petitioner.

4

5  DATED:   6 -16 -08

6

7

8                                        DALE S. FISCHER
                                   United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28