FILED
CLERK, U.S. DISTRICT COURT
JUN 1 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| DEWAYNE ANTHONY MAYS,<br><br>       Petitioner,<br><br>  vs.<br><br>KEN CLARK, Warden,<br><br>       Respondent. | Case No. CV 08-2049-DSF (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus is dismissed without prejudice as successive.

DATED: 6-16-08

_____
DALE S. FISCHER
United States District Judge